# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :     **CRIMINAL**

     : 

v.

_Nicholas James Fuchs_    NO. 20-191-M-4

### CONDITIONS OF RELEASE ORDER

---

| BAIL |
| --- |

Defendant is **released on bail** in the amount of: $ _100,000_

\_\_\_\_\_ O/R

✔ cash     Cash to be posted at clerk's

\_\_\_\_\_ secured by:    Office in E.D.Pa. w/in one seven days

\_\_\_\_\_ % cash     week of this order

\_\_\_\_\_ property at: _____

\_\_\_\_\_**Clerk's office requirements are not waived.** Execute an Agreement to Forfeit the Property stated above with a copy of the deed as indicia of ownership.

---

| PRETRIAL SERVICES |
| --- |

✔ Defendant shall report to Pretrial Services:   N.D TEx

     ✔ **as directed** by Pretrial Services.

     \_\_\_\_\_ times per week **in person**.

     \_\_\_\_\_ times per week **via telephone**.

\_\_\_\_\_ Defendant shall attend mental health services under the guidance and supervision of Pretrial Services.

✔ Defendant shall submit to **random drug testing** as directed by Pretrial Services.

✔ Defendant shall refrain from excessive use of alcohol or from any use of a narcotic drug or other controlled substance, as defined in Section 102 of the Controlled Substances Act, 21 U.S.C. § 802, without a prescription by a licensed medical practitioner.

\_\_\_\_\_ Defendant shall undergo **drug/alcohol treatment** if necessary as determined by Pretrial Services.

\_\_\_\_\_ Defendant shall submit to **electronic monitoring** at the following address:

_____

_____This Court, based upon evidence that Defendant has adequate financial resources, finds that he/she shall pay all or part of the cost of the court-ordered monitoring program, in an amount to be specified by Pretrial Services.

\_\_\_\_\_ **Curfew.** You are restricted to your residence every day from_____ to _____ , during which electronic monitoring will be in place, or as directed by the pretrial services office or supervising officer.

_____**Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer;

_____**Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

| PASSPORT |
|---|

_____✓____ Defendant shall surrender and/or refrain from obtaining a **passport**.

| TRAVEL |
|---|

_____ Travel is restricted to the **Eastern District of Pennsylvania**.
_____ Travel is restricted to the E.D. Pa (for court and meeting with
_____ Unless prior permission is granted by Pretrial Service counsel), S.D.Tex., N.D.
Tex., E.D. Tex,
C.D.Cal.,

| FIREARMS |
|---|

_____ Defendant shall surrender and/or refrain from obtaining any firearms. Any other firearms D. Conn. in any premises where the defendant resides while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period. The defendant shall execute a completed Prohibition on Possession of Firearms Agreement.

| MISCELLANEOUS |
|---|

_____✓____ Defendant shall have no contact with **co-defendants**, **potential witnesses** in this case, or individuals engaged in any **criminal activity**.
_____ Defendant must maintain present **employment**.
_____ Defendant must **actively seek** gainful employment.
_____ Defendant shall undergo a **mental competency evaluation**.
_____ Defendant must reside:
        at: 150 9 Main St., Apt. 810, Dallas, Tex.
        with: Slater Fuchs (defendant's
                                    brother)

| COMPUTERS/INTERNET |
|---|

_____The Defendant is subject to the following computer/internet restrictions which are to be monitored by U.S. Pretrial Services and may include manual inspection, use of minimally invasive internet detection devices, and/or installation of computer monitoring software to insure compliance with the imposed restrictions.

_____**No computer**: The Defendant is prohibited from possession and/or use of any computers and connected devices.

_____**Computer, no internet access**: The Defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (as World Wide Web, FTP sites, IRC servers, instant messaging).

_____**Computer with internet access**: The Defendant is permitted use of computers or connected devices, is permitted access to the internet for legitimate purposes, and is responsible for any fees connected with the installation and use of monitoring software.

_____**Other Residents**: By consent of other residents, all computers located at the address of record shall be subject to inspection to insure the equipment is password protected.

_____**Other Restrictions**: Defendant is prohibited from working at Stah Royal fires, LLC

**OTHER CONDITIONS**:

As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Any violation of the conditions of release may result in revocation of bail and imprisonment pending trial.

AUSA

DEFENSE ATTORNEY
Jessica A Natali

It is so ORDERED this ___12___ day of ___Feb___, 20.

BY THE COURT:

UNITED STATES MAGISTRATE JUDGE

Last Revised: 9-20-16