

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Michael J. Rinaldi*
*Direct Dial: (215) 861-8449*
*Facsimile: (215) 861-8618*
*E-mail Address: Michael.Rinaldi@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

August 26, 2020

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    <u>United States v. Fuchs, Criminal No. 20-251</u>

To the Clerk:

    Please unimpound the Information in the above-referenced case. The Information was filed on August 25, 2020.

    Respectfully,

    WILLIAM M. MCSWAIN
    United States Attorney

    s/ Michael J. Rinaldi
    JENNIFER A. WILLIAMS
    First Assistant United States Attorney
    MICHAEL J. RINALDI
    Deputy Chief, Economic Crimes
    Assistant United States Attorney