PS 8
Rev. 10/2005

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Nicholas Fuchs                                                              Docket No. 20-251-001

Petition for Action on Conditions of Pretrial Release

COMES NOW, Tara Sawicki, U.S. Pretrial Services Officer, presenting an official report upon the conduct of Nicholas Fuchs, who was placed under pretrial release supervision by the Honorable Jacob P. Hart sitting in the Court at Philadelphia, on February 12, 2020, under the following conditions:

1. Report to Pretrial Services as directed.
2. Submit to random drug testing as directed buy Pretrial Services.
3. Refrain from excessive use of alcohol or any controlled substance unless prescribed by a licensed medical practitioner.
4. Surrender/Refrain from possessing passport.
5. Surrender/Refrain from possessing firearms.
6. Travel restricted to the Eastern District of Pennsylvania (for court and meetings with counsel), Southern, Northern and Eastern District of Texas, Central District of California, and the District of Connecticut unless prior permission is granted by pretrial Services.
7. No contact with codefendants, witnesses, individuals or engaged in criminal activity.
8. Actively seek employment.
9. Reside at 1509 Main Street Apartment 810 Dallas, TX with his brother Slater Fuchs (defendant's brother).
10. Prohibited from working at Stack Royalties, LLC.

On October 15, 2020, Your Honor modified the defendant's condition of release to include the following:

*1. Mr. Fuchs shall be permitted to move to a different location in Dallas, Texas, subject to pre- approval from Pretrial Services.*

*2. Mr. Fuchs shall be permitted unrestricted travel in the continental United States in order to visit his mother in either California or Connecticut and for an unrestricted amount of time to be pre-approved by Pretrial Services.*

*3. All other previously imposed conditions of pre-trial release shall remain in effect.*

Respectfully presenting petition for action of Court and for cause as follows:

1. On February 19, 2021, Defense Counsel Jessica Natali contacted Pretrial Services and advised the defendant would like to relocate to Los Angeles, CA.

PRAYING THAT THE COURT WILL MODIFY THE DEFENDANT'S CONDITION OF RELEASE TO INCLUDE THE FOLLOWING:

1. Maintain residence as approved by Pretrial Services.
2. Travel restricted to the Continental United States.

ORDER OF COURT

Considered and ordered this __23rd__ day of __February__, 20 __21__ and ordered filed and made a part of the records in the above case.

__S/ Anita B. Brody__
The Honorable Anita B. Brody
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Tara Sawicki_
Tara Sawicki
U.S. Pretrial Services Officer

Place: Philadelphia

Date: February 22, 2021